UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABRAHAM NIEVOD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KATHLEEN SEBELLIUS, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-10,<br><br>　　　　Defendants. | Case No:  C 11-4134 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 20, 21 |

　　　The motion hearing and Case Management Conference scheduled for May 22, 2012 are CONTINUED to **July 17, 2012 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

　　　IT IS SO ORDERED.

Dated:  May 18, 2012

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge