UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABRAHAM NIEVOD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KATHELEEN SEBELLIUS, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and DOES 1-10,<br><br>　　　　Defendants. | Case No: C 11-4134 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order on Cross-Motions for Summary Judgment,

　　　IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Defendants.

　　　IT IS SO ORDERED.

Dated: February 7, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge